TRANSFERRED MDL

**U.S. District Court**
**Northern District of Alabama (Northwestern)**
**CIVIL DOCKET FOR CASE #: 3:07-cv-00480-TMP**

Hall et al v. Davol, Inc et al
Assigned to: US Magistrate Judge T Michael Putnam
Cause: 28:1332 Diversity-Product Liability

Date Filed: 03/14/2007
Jury Demand: Defendant
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Lilyan Kathleen Hall** represented by **W Lewis Garrison, Jr**
HENINGER GARRISON & DAVIS LLC
2224 First Avenue North
Birmingham, AL 35203
205-326-3336
Fax: 205-326-3332
Email: wlgarrison@hgdlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy C Davis**
HENINGER GARRISON DAVIS LLC
2224 First Avenue North
PO Box 11310
Birmingham, AL 35202
205-326-3336
Fax: 205-326-3332
Email: ldaniel@hgdlawfirm.com
*ATTORNEY TO BE NOTICED*

**William L Bross, IV**
HENINGER GARRISON & DAVIS LLC
2224 First Avenue North
PO Box 11310
Birmingham, AL 35202
205-326-3336
Fax: 205-326-3332
Email: wlbross@hgdlawfirm.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alonzo Hall** represented by **W Lewis Garrison, Jr**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy C Davis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William L Bross, IV**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc** represented by **Duncan Y Manley**
CHRISTIAN & SMALL LLP
505 North 20th Street
Birmingham, AL 35203-2696
795-6588
Email: dymanley@csattorneys.com
*TERMINATED: 05/03/2007*
*LEAD ATTORNEY*

**Melanie M Bass**
CABANISS JOHNSTON GARDNER
DUMAS & O'NEAL
PO Box 830612
Birmingham, AL 35283-0612
716-5200
Email: mmb@cabaniss.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**C.R. Bard, Inc.** represented by **Duncan Y Manley**
(See above for address)
*TERMINATED: 05/03/2007*
*LEAD ATTORNEY*

**Melanie M Bass**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/14/2007 | 1 | COMPLAINT against Davol, Inc, C.R. Bard, Inc. (Filing fee $ 350. receipt # 200234683) , filed by Lilyan Kathleen Hall, Alonzo Hall. (SFH, ) (Entered: 03/16/2007) |
| 03/15/2007 | 2 | Request for service by certified mail filed by Lilyan Kathleen Hall, |

| | | |
|---|---|---|
| | | Alonzo Hall. (SFH, ) (Entered: 03/16/2007) |
| 03/16/2007 | | Summons Issued mailed certified mail as to Davol, Inc, C.R. Bard, Inc.. (SFH, ) (Entered: 03/16/2007) |
| 03/21/2007 | 3 | MOTION to Consolidate Cases by Lilyan Kathleen Hall, Alonzo Hall. (Garrison, W) (Entered: 03/21/2007) |
| 03/23/2007 | 4 | SUMMONS Returned Executed Davol, Inc served on 3/20/2007, answer due 4/9/2007; C.R. Bard, Inc. served on 3/19/2007, answer due 4/9/2007. (SFH, ) (Entered: 03/27/2007) |
| 04/09/2007 | 5 | ANSWER to Complaint with Jury Demand *and Affirmative Defenses* by Davol, Inc, C.R. Bard, Inc..(Manley, Duncan) (Entered: 04/09/2007) |
| 04/09/2007 | 6 | MOTION to Dismiss *Count IV and Count V of Plaintiff's Complaint* by Davol, Inc, C.R. Bard, Inc.. (Attachments: # 1)(Manley, Duncan) (Entered: 04/09/2007) |
| 04/09/2007 | 7 | Corporate Disclosure Statement by Davol, Inc, C.R. Bard, Inc.. (Manley, Duncan) (Entered: 04/09/2007) |
| 04/10/2007 | 8 | UNIFORM INITIAL ORDER - with appendices attached. Signed by Judge T Michael Putnam on 4/10/07. (SFH, ) (Entered: 04/10/2007) |
| 04/25/2007 | 9 | REPLY Brief filed by Plaintiffs Lilyan Kathleen Hall, Alonzo Hall re:3 MOTION to consolidate cases filed by plas (Attachments: # 1 Exhibit A# 2 Exhibit B)(Garrison, W) Modified on 4/26/2007 (SFH, ). (Entered: 04/25/2007) |
| 04/27/2007 | 10 | NOTICE of Appearance by Melanie M Bass on behalf of C.R. Bard, Inc. (Bass, Melanie) (Entered: 04/27/2007) |
| 04/27/2007 | 11 | NOTICE of Appearance by Melanie M Bass on behalf of Davol, Inc (Bass, Melanie) (Entered: 04/27/2007) |
| 05/02/2007 | 12 | MOTION to Withdraw as Attorney by Davol, Inc, C.R. Bard, Inc.. (Manley, Duncan) (Entered: 05/02/2007) |
| 05/03/2007 | | ORDER granting 12 Motion to Withdraw as Attorney. Attorney Duncan Y Manley terminated. Signed by Judge T Michael Putnam on 5-3-07. (SMB) (Entered: 05/03/2007) |
| 06/08/2007 | 13 | REPORT of Rule 26(f) Planning Meeting. (Bass, Melanie) (Entered: 06/08/2007) |
| 06/14/2007 | 14 | NOTICE by Davol, Inc, C.R. Bard, Inc., Lilyan Kathleen Hall, Alonzo Hall re 13 Report of Rule 26(f) Planning Meeting (Garrison, W) (Entered: 06/14/2007) |
| 07/02/2007 | 15 | NOTICE by Davol, Inc, C.R. Bard, Inc. *Notice of Discovery* (Bass, Melanie) (Entered: 07/02/2007) |
| 07/06/2007 | 16 | ORDER Transferring Case to MDL : ORDER of Judicial Panel on Multidistrict Litigation transferring this case to the District of Rhode |

| | | |
|---|---|---|
| | | Island for inclusion in MDL# 1842; certified copy of docket entries and documents requested by transferee clerk emailed to Clerk of Court in District of Rhode Island. (SFH, ) (Entered: 07/06/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 07/09/2007 12:51:31 | | | |
| **PACER Login:** | us6061 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:07-cv-00480-TMP |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |