FILED
2007 Mar-16 PM 04:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| **LILYAN KATHLEEN HALL and ALONZO HALL,** | ) | |
| **PLAINTIFFS,** | ) | **CIVIL ACTION: ____________** |
| **vs.** | ) | **DEMAND FOR JURY TRIAL** |
| **DAVOL, INC. and C.R. BARD, INC.;** | ) | |
| **DEFENDANTS.** | ) | |

---

**REQUEST FOR SERVICE BY CERTIFIED MAIL**

---

Please serve the Defendants DAVOL, INC. and C.R. BARD, INC. by certified mail pursuant to Alabama Rules of Civil Procedure 4.1 and Federal Rules of Civil Procedure 4(c)(2)(C)(i).

/s/ W. Lewis Garrison, Jr.
W. Lewis Garrison, Jr.

*Of Counsel:*
HENINGER GARRISON DAVIS, LLC
2224 1st Avenue North
Birmingham, AL 35203
205.326.3336 Telephone
205.326.3332 Facsimile