FILED
2007 Apr-09 PM 04:37
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| **LILYAN KATHLEEN HALL and ALONZO HALL,** | § | |
| | § | |
| **Plaintiffs,** | § | **CIVIL ACTION: 3:07 CV 0480 - TMP** |
| | § | |
| **vs.** | § | **JURY TRIAL DEMANDED** |
| | § | |
| **DAVOL, INC. and C.R. BARD, INC.,** | § | |
| | § | |
| | § | |
| **Defendants.** | | |

**DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 3.4**

Pursuant to Local Rule 3.4 of the Northern District of Alabama and to enable District Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Davol, Inc. and Defendant Bard, Inc. in the above-captioned action certifies that the general nature and purpose of the foregoing entities is the manufacture and sale of medical devices.

Counsel also certifies that there are no parents, subsidiaries and/or affiliates of said parties that have issued shares or debt securities to the public.

Dated: April 9, 2007

*/s/ Duncan Y. Manley*

Duncan Y. Manley
CHRISTIAN & SMALL LLP
1800 Financial Center
505 North 20th Street
Birmingham, Alabama 35203
Tel: 205.250.6613
Fax: 205.328.7234
email: dym@csattorneys.com

*COUNSEL FOR DEFENDANT DAVOL, INC. AND DEFENDANT C.R. BARD, INC.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of April, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

W. Lewis Garrison, Jr., Esq.
Timothy C. Davis, Esq.
William L. Bross, Esq.
Heninger Garrison Davis, LLC
2224 1st Avenue North
Birmingham, Alabama 35203

*/s/ Duncan Y. Manley*
OF COUNSEL