FILED
2007 Apr 25 PM 04:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

## Table C.
## U.S. District Courts—Civil Cases Commenced, Terminated, and Pending During the 12-Month Periods Ending March 31, 2005 and 2006

| Circuit | Filings | | | Terminations | | | Pending | | |
|---|---|---|---|---|---|---|---|---|---|
| | 2005 | 2006 | Percent Change[1] | 2005 | 2006 | Percent Change[1] | 2005[2] | 2006 | Percent Change[1] |
| **TOTAL** | **278,712** | **244,068** | **-12.4** | **260,980** | **281,220** | **7.8** | **283,209** | **246,057** | **-13.1** |
| **DC** | **2,559** | **2,566** | **0.3** | **2,532** | **2,598** | **2.6** | **3,308** | **3,276** | **-1.0** |
| **1ST** | **6,750** | **6,139** | **-9.1** | **6,707** | **6,539** | **-2.5** | **7,453** | **7,053** | **-5.4** |
| ME | 521 | 448 | -14.0 | 500 | 509 | 1.8 | 354 | 293 | -17.2 |
| MA | 3,306 | 3,213 | -2.8 | 3,490 | 3,316 | -5.0 | 3,926 | 3,823 | -2.6 |
| NH | 504 | 490 | -2.8 | 541 | 550 | 1.7 | 470 | 410 | -12.8 |
| RI | 828 | 580 | -30.0 | 618 | 540 | -12.6 | 775 | 815 | 5.2 |
| PR | 1,591 | 1,408 | -11.5 | 1,558 | 1,624 | 4.2 | 1,928 | 1,712 | -11.2 |
| **2ND** | **24,020** | **22,422** | **-6.7** | **22,354** | **22,080** | **-1.2** | **31,830** | **32,172** | **1.1** |
| CT | 2,336 | 2,020 | -13.5 | 2,536 | 2,208 | -12.9 | 2,905 | 2,717 | -6.5 |
| NY,N | 1,601 | 1,687 | 5.4 | 1,619 | 1,511 | -6.7 | 2,535 | 2,711 | 6.9 |
| NY,E | 6,279 | 6,126 | -2.4 | 6,583 | 6,203 | -5.8 | 7,542 | 7,465 | -1.0 |
| NY,S | 11,676 | 10,520 | -9.9 | 9,591 | 10,156 | 5.9 | 15,918 | 16,282 | 2.3 |
| NY,W | 1,749 | 1,720 | -1.7 | 1,654 | 1,654 | 0.0 | 2,602 | 2,668 | 2.5 |
| VT | 379 | 349 | -7.9 | 371 | 348 | -6.2 | 328 | 329 | 0.3 |
| **3RD** | **32,835** | **27,444** | **-16.4** | **27,777** | **29,653** | **6.8** | **24,515** | **22,306** | **-9.0** |
| DE | 1,628 | 1,067 | -34.5 | 1,424 | 1,367 | -4.0 | 1,733 | 1,433 | -17.3 |
| NJ | 6,853 | 6,103 | -11.0 | 6,618 | 6,478 | -2.1 | 6,187 | 5,812 | -6.1 |
| PA,E | 18,219 | 14,439 | -20.8 | 13,817 | 15,604 | 12.9 | 10,635 | 9,470 | -11.0 |
| PA,M | 2,909 | 2,819 | -3.1 | 2,813 | 2,957 | 5.1 | 2,172 | 2,034 | -6.4 |
| PA,W | 2,846 | 2,633 | -7.5 | 2,881 | 2,959 | 2.7 | 2,742 | 2,416 | -11.9 |
| VI | 380 | 383 | 0.8 | 224 | 288 | 28.6 | 1,046 | 1,141 | 9.1 |
| **4TH** | **39,503** | **18,241** | **-53.8** | **22,670** | **38,280** | **68.9** | **34,475** | **14,436** | **-58.1** |
| MD | 4,166 | 3,532 | -15.2 | 4,418 | 3,652 | -17.3 | 3,062 | 2,942 | -3.9 |
| NC,E | 1,515 | 1,317 | -13.1 | 1,374 | 1,398 | 1.7 | 1,472 | 1,391 | -5.5 |
| NC,M | 1,220 | 1,201 | -1.6 | 1,217 | 1,277 | 4.9 | 1,088 | 1,012 | -7.0 |
| NC,W | 1,151 | 1,004 | -12.8 | 1,122 | 1,082 | -3.6 | 1,134 | 1,056 | -6.9 |
| SC | 23,508 | 3,768 | -84.0 | 5,276 | 23,072 | 337.3 | 22,504 | 3,200 | -85.8 |
| VA,E | 4,555 | 3,950 | -13.3 | 4,606 | 4,149 | -9.9 | 2,224 | 2,025 | -9.0 |
| VA,W | 1,419 | 1,382 | -2.6 | 1,621 | 1,498 | -7.6 | 909 | 793 | -12.8 |
| WV,N | 652 | 643 | -1.4 | 644 | 609 | -5.4 | 686 | 720 | 5.0 |
| WV,S | 1,317 | 1,444 | 9.6 | 2,392 | 1,543 | -35.5 | 1,396 | 1,297 | -7.1 |

## Table C. (March 31, 2006—Continued)

| Circuit | Filings 2005 | Filings 2006 | Filings Percent Change[1] | Terminations 2005 | Terminations 2006 | Terminations Percent Change[1] | Pending 2005[2] | Pending 2006 | Pending Percent Change[1] |
|---|---|---|---|---|---|---|---|---|---|
| **5TH** | **29,852** | **34,622** | **16.0** | **32,074** | **31,296** | **-2.4** | **33,227** | **36,553** | **10.0** |
| LA,E | 3,441 | 7,302 | 112.2 | 3,195 | 2,675 | -16.3 | 3,411 | 8,038 | 135.6 |
| LA,M | 1,001 | 1,504 | 50.2 | 1,047 | 1,510 | 44.2 | 8,799 | 8,793 | -0.1 |
| LA,W | 2,576 | 2,351 | -8.7 | 2,723 | 2,579 | -5.3 | 2,510 | 2,282 | -9.1 |
| MS,N | 1,353 | 1,182 | -12.6 | 1,368 | 1,170 | -14.5 | 1,494 | 1,506 | 0.8 |
| MS,S | 2,687 | 4,398 | 63.7 | 4,058 | 4,445 | 9.5 | 2,848 | 2,801 | -1.7 |
| TX,N | 5,014 | 4,577 | -8.7 | 5,620 | 4,761 | -15.3 | 3,581 | 3,397 | -5.1 |
| TX,E | 3,006 | 2,971 | -1.2 | 3,149 | 3,072 | -2.5 | 2,499 | 2,398 | -4.1 |
| TX,S | 7,296 | 6,912 | -5.3 | 7,590 | 7,424 | -2.2 | 5,392 | 4,880 | -9.5 |
| TX,W | 3,478 | 3,425 | -1.5 | 3,324 | 3,660 | 10.1 | 2,693 | 2,458 | -8.7 |
| **6TH** | **24,236** | **22,556** | **-6.9** | **26,350** | **37,672** | **43.0** | **39,599** | **24,483** | **-38.2** |
| KY,E | 2,297 | 2,188 | -4.8 | 2,376 | 2,327 | -2.1 | 1,787 | 1,648 | -7.8 |
| KY,W | 1,410 | 1,510 | 7.1 | 1,550 | 1,506 | -2.8 | 1,382 | 1,386 | 0.3 |
| MI,E | 5,151 | 5,642 | 9.5 | 4,916 | 20,101 | 308.9 | 19,397 | 4,938 | -74.6 |
| MI,W | 1,660 | 1,537 | -7.4 | 1,731 | 1,561 | -9.8 | 1,245 | 1,221 | -1.9 |
| OH,N | 6,392 | 5,176 | -19.0 | 8,521 | 4,805 | -43.6 | 7,757 | 8,128 | 4.8 |
| OH,S | 2,683 | 2,402 | -10.5 | 2,623 | 2,753 | 5.0 | 3,231 | 2,880 | -10.9 |
| TN,E | 1,669 | 1,334 | -20.1 | 1,690 | 1,661 | -1.7 | 1,817 | 1,490 | -18.0 |
| TN,M | 1,477 | 1,446 | -2.1 | 1,678 | 1,646 | -1.9 | 1,423 | 1,223 | -14.1 |
| TN,W | 1,497 | 1,321 | -11.8 | 1,265 | 1,312 | 3.7 | 1,560 | 1,569 | 0.6 |
| **7TH** | **17,965** | **16,811** | **-6.4** | **19,614** | **17,044** | **-13.1** | **14,940** | **14,707** | **-1.6** |
| IL,N | 8,305 | 7,608 | -8.4 | 9,376 | 7,739 | -17.5 | 6,785 | 6,654 | -1.9 |
| IL,C | 1,180 | 1,076 | -8.8 | 1,172 | 1,093 | -6.8 | 992 | 975 | -1.7 |
| IL,S | 1,282 | 1,254 | -2.2 | 1,336 | 1,185 | -11.3 | 1,243 | 1,312 | 5.6 |
| IN,N | 1,922 | 1,885 | -1.9 | 2,041 | 1,941 | -4.9 | 1,676 | 1,620 | -3.4 |
| IN,S | 2,955 | 2,802 | -5.2 | 3,265 | 2,938 | -10.0 | 2,619 | 2,483 | -5.2 |
| WI,E | 1,351 | 1,428 | 5.7 | 1,427 | 1,358 | -4.8 | 1,344 | 1,414 | 5.2 |
| WI,W | 970 | 758 | -21.9 | 997 | 790 | -20.8 | 281 | 249 | -11.4 |
| **8TH** | **17,309** | **15,982** | **-7.7** | **16,734** | **16,189** | **-3.3** | **18,646** | **18,439** | **-1.1** |
| AR,E | 3,704 | 2,954 | -20.3 | 2,422 | 2,508 | 3.6 | 3,515 | 3,961 | 12.7 |
| AR,W | 1,055 | 753 | -28.6 | 1,185 | 991 | -16.4 | 900 | 662 | -26.5 |
| IA,N | 677 | 569 | -16.0 | 634 | 598 | -5.7 | 599 | 570 | -4.9 |
| IA,S | 954 | 868 | -9.0 | 1,023 | 1,001 | -2.2 | 973 | 840 | -13.7 |
| MN | 4,440 | 3,676 | -17.2 | 4,865 | 4,122 | -15.3 | 7,288 | 6,842 | -6.1 |
| MO,E | 2,327 | 2,810 | 20.8 | 2,318 | 2,598 | 12.1 | 1,960 | 2,172 | 10.8 |
| MO,W | 2,420 | 2,597 | 7.3 | 2,382 | 2,682 | 12.6 | 1,923 | 1,838 | -4.4 |
| NE | 1,007 | 1,109 | 10.1 | 1,182 | 990 | -16.3 | 809 | 928 | 14.7 |
| ND | 323 | 230 | -28.8 | 290 | 239 | -17.6 | 249 | 240 | -3.6 |
| SD | 402 | 416 | 3.5 | 433 | 460 | 6.2 | 430 | 386 | -10.2 |

## Table C. (March 31, 2006—Continued)

| Circuit | Filings | | | Terminations | | | Pending | | |
|---|---|---|---|---|---|---|---|---|---|
| | 2005 | 2006 | Percent Change[1] | 2005 | 2006 | Percent Change[1] | 2005[2] | 2006 | Percent Change[1] |
| **9TH** | **43,661** | **41,030** | **-6.0** | **42,920** | **40,977** | **-4.5** | **41,732** | **41,785** | **0.1** |
| AK | 361 | 367 | 1.7 | 393 | 338 | -14.0 | 373 | 402 | 7.8 |
| AZ | 4,295 | 5,006 | 16.6 | 3,531 | 4,343 | 23.0 | 4,292 | 4,955 | 15.4 |
| CA,N | 5,705 | 6,624 | 16.1 | 5,815 | 5,997 | 3.1 | 6,051 | 6,678 | 10.4 |
| CA,E | 4,404 | 4,197 | -4.7 | 4,398 | 3,897 | -11.4 | 5,465 | 5,765 | 5.5 |
| CA,C | 14,070 | 11,585 | -17.7 | 13,766 | 12,530 | -9.0 | 11,594 | 10,649 | -8.2 |
| CA,S | 2,794 | 2,646 | -5.3 | 2,928 | 2,668 | -8.9 | 2,017 | 1,995 | -1.1 |
| HI | 761 | 785 | 3.2 | 792 | 767 | -3.2 | 755 | 773 | 2.4 |
| ID | 642 | 567 | -11.7 | 650 | 582 | -10.5 | 692 | 677 | -2.2 |
| MT | 711 | 630 | -11.4 | 665 | 591 | -11.1 | 836 | 875 | 4.7 |
| NV | 2,678 | 2,232 | -16.7 | 2,581 | 2,149 | -16.7 | 2,464 | 2,547 | 3.4 |
| OR | 2,533 | 2,572 | 1.5 | 2,445 | 2,611 | 6.8 | 2,457 | 2,418 | -1.6 |
| WA,E | 910 | 736 | -19.1 | 985 | 777 | -21.1 | 635 | 594 | -6.5 |
| WA,W | 3,712 | 2,997 | -19.3 | 3,877 | 3,613 | -6.8 | 3,968 | 3,352 | -15.5 |
| GUAM | 50 | 39 | -22.0 | 57 | 80 | 40.4 | 81 | 40 | -50.6 |
| NMI | 35 | 47 | 34.3 | 37 | 34 | -8.1 | 52 | 65 | 25.0 |
| **10TH** | **11,053** | **10,089** | **-8.7** | **11,717** | **10,812** | **-7.7** | **9,847** | **9,124** | **-7.4** |
| CO | 2,748 | 2,766 | 0.7 | 2,995 | 2,887 | -3.6 | 2,281 | 2,160 | -5.3 |
| KS | 1,774 | 1,537 | -13.4 | 1,930 | 1,598 | -17.2 | 1,535 | 1,474 | -4.0 |
| NM | 1,489 | 1,300 | -12.7 | 1,607 | 1,439 | -10.5 | 1,353 | 1,214 | -10.3 |
| OK,N | 904 | 779 | -13.8 | 956 | 929 | -2.8 | 1,036 | 886 | -14.5 |
| OK,E | 597 | 541 | -9.4 | 622 | 567 | -8.9 | 530 | 504 | -4.9 |
| OK,W | 1,812 | 1,576 | -13.0 | 1,783 | 1,713 | -3.9 | 1,294 | 1,157 | -10.6 |
| UT | 1,350 | 1,275 | -5.6 | 1,440 | 1,346 | -6.5 | 1,449 | 1,378 | -4.9 |
| WY | 379 | 315 | -16.9 | 384 | 333 | -13.3 | 369 | 351 | -4.9 |
| **11TH** | **28,969** | **26,166** | **-9.7** | **29,531** | **28,080** | **-4.9** | **23,637** | **21,723** | **-8.1** |
| AL,N | 3,699 | 2,766 | -25.2 | 3,912 | 3,186 | -18.6 | 2,965 | 2,545 | -14.2 |
| AL,M | 1,271 | 1,274 | 0.2 | 1,334 | 1,244 | -6.8 | 1,227 | 1,257 | 2.4 |
| AL,S | 874 | 772 | -11.7 | 892 | 778 | -12.8 | 712 | 706 | -0.9 |
| FL,N | 1,903 | 1,498 | -21.3 | 1,781 | 1,540 | -13.5 | 1,305 | 1,263 | -3.2 |
| FL,M | 7,420 | 6,692 | -9.8 | 7,295 | 6,796 | -6.9 | 5,352 | 5,248 | -2.0 |
| FL,S | 6,877 | 6,829 | -0.7 | 7,181 | 7,528 | 4.8 | 6,397 | 5,698 | -10.9 |
| GA,N | 4,540 | 3,984 | -12.3 | 4,875 | 4,615 | -5.3 | 3,681 | 3,050 | -17.2 |
| GA,M | 1,198 | 1,194 | -0.3 | 1,221 | 1,168 | -4.4 | 1,034 | 1,060 | 2.5 |
| GA,S | 1,187 | 1,157 | -2.5 | 1,040 | 1,225 | 17.8 | 964 | 896 | -7.1 |

NOTE: PENDING CASES EXCLUDE ASBESTOS CASES TRANSFERRED TO PA,E UNDER ORDER 875 OF THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION.
[1] PERCENT CHANGE NOT COMPUTED WHEN FEWER THAN 10 CASES REPORTED FOR THE PREVIOUS PERIOD.
[2] REVISED.