FILED
2007 Apr-27 PM 05:22
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**NORTHWESTERN DIVISION**

**LILYAN KATHLEEN HALL and** )
**ALONZO HALL,** )
)
**Plaintiffs,** )
) **CIVIL ACTION NO.:**
**vs.** )
) **3:07 CV 0480 - TMP**
**DAVOL, INC. AND C. R. BARD, INC.,** )
**Defendant.** )

## NOTICE OF APPEARANCE

COME NOW **CRAWFORD S. MCGIVAREN, JR.** and **MELANIE M. BASS** and enter a notice of appearance for the defendant, C. R. Bard, Inc. in the above styled case. Please forward all correspondence, notices and orders to the undersigned, address below.

Crawford S. McGivaren, Jr.

Melanie M. Bass
Attorneys for defendant
C. R. Bard, Inc.

OF COUNSEL:

CABANISS, JOHNSTON, GARDNER,
DUMAS & O'NEAL LLP
P. O. Box 830612
Birmingham, AL 35283-0612
(205) 716-5200

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the foregoing on all parties to this proceeding, or their attorney of record, as follows:

Mr. W. Lewis Garrison, Jr.
Mr. Timothy C. Davis
Mr. William L. Bross
Heninger Garrison Davis, LLC
2224 1st Avenue North
Birmingham, AL 35203

Mr. Duncan Y. Manley
Christian & Small LLP
1800 Financial Center
505 North 20th Street
Birmingham, AL 35203

by placing the same in the United States mail, first class postage prepaid and properly addressed this 27 day of April 2007.

OF COUNSEL