Case 3:07-01803-TMP Document 214 Filed 05/02/2007 Page 1 of 2

FILED
2007 May-02 PM 04:18
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA, NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| **LILYAN KATHLEEN HALL and ALONZO HALL,** | ) | |
| **PLAINTIFFS,** | ) | |
| | ) | **Civil Action No.: 07-TMP-0480-NW** |
| **vs.** | ) | |
| **DAVOL, INC. and C. R. BARD, INC.** | ) | |
| **DEFENDANTS.** | ) | |

**MOTION TO WITHDRAW**

COMES NOW Duncan Y. Manley and moves this Honorable Court to allow him to withdraw as an attorney of record for Defendants. The Defendants are now represented by Crawford McGivaren and Melanie M. Bass with Cabaniss, Johnston, Gardner, Dumas & O'Neal LLP, 2001 Park Place North, Suite 700, Birmingham, AL 35203.

*/s/ Duncan Y. Manley*
Duncan Y. Manley

**OF COUNSEL:**
CHRISTIAN & SMALL LLP
Attorneys and Counselors
1800 Financial Center
505 North 20th Street
Birmingham, Alabama 35203-2607
205/795-6588
205/328-7234 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on May 2, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties:

W. Lewis Garrison, Esq.
Timothy C. Davis, Esq.
William L. Bross, Esq.
Heninger Garrison Davis, LLC
2224 1st Avenue North
Birmingham, Alabama 35203

Crawford McGivaren
Cabaniss, Johnston, Gardner, Dumas & O'Neal LLP
2001 Park Place North, Suite 700
Birmingham, AL 35203.

*/s/ Duncan Y. Manley*
OF COUNSEL