FILED
2007 Jul-02 AM 10:42
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **In re KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION** | § | **CASE NO.: 1:07-MDL-1842-ML** |
| | § | **MDL Docket No. 1842** |
| **THIS DOCUMENT RELATES TO ALL ACTIONS** | § | **JUDGE LISI** |

**TRANSFERRED BY JPML ORDER FROM:**

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| **LILYAN KATHLEEN HALL and ALONZO HALL,** | ) | |
| **Plaintiffs,** | ) | **CIVIL ACTION NO.:** |
| **vs.** | ) | **3:07 CV 0480 - TMP** |
| **DAVOL, INC. AND C. R. BARD, INC., Defendant.** | ) | |

**NOTICE OF SERVICE OF DISCOVERY DOCUMENT**

TO: Mr. W. Lewis Garrison, Jr.
Mr. Timothy C. Davis
Mr. William L. Bross
Heninger Garrison Davis, LLC
2224 1st Avenue North
Birmingham, AL 35203

Please take notice that on June 29, 2007, the undersigned served on all counsel of record on behalf of defendant C. R. Bard, Inc. and Davol, Inc.:

**Cross-Notice Of Deposition Of Certain Corporate Representatives Of Defendant C.R. Bard, Inc.**

**Cross-Notice Of Deposition Of Certain Corporate Representatives Of Defendant Davol, Inc.**

s/ Crawford S. McGivaren, Jr.
Crawford S. McGivaren, Jr.

s/ Melanie M. Bass
Melanie M. Bass

Attorneys for defendants,
C. R. Bard, Inc. and Davol, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a true and correct copy of the foregoing on all parties to this proceeding, or their attorney of record, as follows:

Mr. W. Lewis Garrison, Jr.
Mr. Timothy C. Davis
Mr. William L. Bross
Heninger Garrison Davis, LLC
2224 1st Avenue North
Birmingham, AL 35203

by placing the same in the United States mail, first class postage prepaid and properly addressed this 2nd day of July, 2007.

s/ Melanie M. Bass
OF COUNSEL