FILED
2007 Apr-09 PM 04:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| **LILYAN KATHLEEN HALL and ALONZO HALL,** | § | |
| | § | |
| **Plaintiffs,** | § | **CIVIL ACTION: 3:07 CV 0480 - TMP** |
| | § | |
| **vs.** | § | **JURY TRIAL DEMANDED** |
| | § | |
| **DAVOL, INC. and C.R. BARD, INC.,** | § | |
| | § | |
| **Defendants.** | | |

## DEFENDANTS' MOTION TO DISMISS COUNT IV AND COUNT V OF PLAINTIFFS' COMPLAINT

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Davol, Inc. and Defendant C.R. Bard, Inc. (collectively, "Defendants") request that this Court dismiss Count IV and Count V of Plaintiffs' Complaint. The warranty claims asserted in Count IV ("Breach of Warranty of Merchantability") may only be brought against sellers of products, not manufacturers such as Defendants. For this reason, Count IV should be dismissed. Count V ("Fraud – Suppression and Misrepresentation") fails for lack of any independent duty on the part of either Defendant to disclose information to the Plaintiffs. Count V also fails for the independent reason that Plaintiffs' fraud claims are not pled with the particularity required by Rule 9(b) of the Federal Rules of Civil Procedure. For these two reasons, Count V should be dismissed.

The grounds for this motion are set out more fully in the Memorandum of Law that accompanies this motion, and the arguments and authorities cited there are incorporated herein by reference.

WHEREFORE, for the foregoing reasons, Defendants respectfully request that the Court dismiss Count IV and Count V Plaintiffs' Complaint.

Dated: April 9, 2007

*/s/ Duncan Y. Manley*

Duncan Y. Manley
CHRISTIAN & SMALL LLP
1800 Financial Center
505 North 20th Street
Birmingham, Alabama 35203
Tel: 205.250.6613
Fax: 205.328.7234
email: dym@csattorneys.com
*COUNSEL FOR DEFENDANT DAVOL, INC. AND DEFENDANT C.R. BARD, INC.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of April, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

W. Lewis Garrison, Jr., Esq.
Timothy C. Davis, Esq.
William L. Bross, Esq.
Heninger Garrison Davis, LLC
2224 1st Avenue North
Birmingham, Alabama 35203

*/s/ Duncan Y. Manley*
OF COUNSEL